Flanson Realty Corporation v. Workers' Unity House, Inc.— Motion to

dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.